IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALAN BACA and J ALAN BACA,

      Plaintiff,                                                         Case No. 1:14-cv-01051-KG-SCY

v.

EASY ICE, LLC; REDDY ICE CORPORATION;
ALBUQUERQUE SAM'S CLUB #4938;
SAM'S WEST, INC. and WAL-MART STORES, INC.,

    Defendants.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT EASY ICE, LLC

THIS MATTER came before the Court on the Unopposed Motion for Dismissal with Prejudice as to Defendant Easy Ice, LLC. The Court, being advised that no party opposes that Motion and being otherwise fully advised, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE HEREBY ORDERED that the Unopposed Motion for Dismissal with Prejudice as to Easy Ice, LLC is granted and Defendant Easy Ice, LLC is dismissed with prejudice, including, but not limited to any and all claims that were brought herein against Easy Ice, LLC by Plaintiffs, or that could have been brought against Easy Ice, LLC on behalf of Plaintiffs.  Plaintiffs and Easy Ice, LLC shall each bear their own costs.

                                                                   _____
                                                                    UNITED STATES DISTRICT JUDGE

Approved:

RIO GRANDE LAW OFFICES OF JONAS RANE LLC
By: /s/ Jonas Rane, Esq.
August J. Rane, Esq.
112 West San Francisco St., Ste. 305B
Santa Fe, NM 87501-2068
Attorneys for Plaintiffs


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: /s/ Kurt B. Gilbert, Attorney at Law
Kurt B. Gilbert
Tyler M. Cuff
Post Office Box 1357
Santa Fe, New Mexico 87504-1357
(505) 954-3923
(505) 954-3942 (fax)
Attorneys for Defendants Kaiser Gypsum Company
Email:  kgilbert@rodey.com
Email:  tcuff@rodey.com


LEWIS ROCA ROTHGERBER LLP
By /s/*Ryan M. Walters*
Craig W. Phillips
Ross L. Crown
Ryan M. Walters
Attorneys for Defendant Wal-Mart
201 Third Street NW, Suite 1950
Albuquerque, New Mexico 87102
Phone: 505-764-5400

BUTT THORNTON & BAEHR PC
*By: /s/ Jane A. Laflin*
Jane A. Laflin
Attorneys for Defendant
Reddy Ice Corporation
P.O. Box 3170
Albuquerque, NM  87190-3170
Telephone:  (505) 884-0777