IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALAN BACA and J. ALAN BACA,

    Plaintiffs,

vs.                                                          Civ. No. 14-1051 KG/LF

REDDY ICE CORPORATION,
ALBUQUERQUE SAM'S CLUB #4938,
SAM'S WEST, INC., and WAL-MART STORES, INC.,

    Defendants.

## SUMMARY JUDGMENT IN FAVOR OF DEFENDANT REDDY ICE CORPORATION

Having granted Defendant Reddy Ice Corporation's Motion for Summary Judgment (Doc. 52) by a Memorandum Opinion and Order entered contemporaneously with this Summary Judgment in Favor of Defendant Reddy Ice Corporation,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendant Reddy Ice Corporation on Plaintiffs' claims; and

2. Plaintiffs' claims against Defendant Reddy Ice Corporation are dismissed with prejudice, thereby terminating Defendant Reddy Ice Corporation as a defendant in this case.

                                                                               _____
                                                                               UNITED STATES DISTRICT JUDGE