IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALAN BACA and J. ALAN BACA,

    Plaintiffs,

vs.                                                     Civ. No. 14-1051 KG/LF

ALBUQUERQUE SAM'S CLUB #4938,
SAM'S WEST, INC., and WAL-MART STORES, INC.,

    Defendants.

## FINAL ENTRY OF SUMMARY JUDGMENT

Having granted Wal-Mart's Motion for Summary Judgment (Doc. 59) by entering a Memorandum Opinion and Order contemporaneously with this Final Entry of Summary Judgment,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendants Albuquerque Sam's Club #4938, Sam's West, Inc., and Wal-Mart Stores, Inc. on all of Plaintiffs' claims; and

2. those claims are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE