IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALAN BACA and J. ALAN BACA,

    Plaintiffs,

vs.                                                      Civ. No. 14-1051 KG/LF

EASY ICE, LLC, REDDY ICE CORPORATION,
ALBUQUERQUE SAM'S CLUB 34938,
SAM'S WEST, INC., and WAL-MART STORES, INC.,

    Defendants.

ORDER AWARDING COSTS

On October 26, 2015, the Court ordered Plaintiff's attorney, August Rane, to "personally pay Reddy Ice the reasonable attorney's fees and costs incurred as a result of Mr. Rane's failure to provide discovery as ordered by the Magistrate Judge…." (Doc. 62) as 5. The Court further ordered Defendant Reddy Ice Corporation (Reddy Ice) to submit "affidavits and documentation in support of its request for an award of reasonable attorney's fees and costs," and provided Mr. Rane an opportunity to respond to Reddy Ice's assertion of reasonable attorney's fees and costs. *Id. See also* (Doc. 67) (denying Reddy Ice's first amended cost bill without prejudice and requesting Reddy Ice file renewed cost bill with appropriate supporting documentation; also providing Mr. Rane additional opportunity to respond).

In compliance with the Court's order (Doc. 67), on November 24, 2015, Reddy Ice filed Defendant Reddy Ice Corporation's Renewed Cost Bill (Cost Bill) seeking a total of $2,070.75 in reasonable attorneys' fees and costs. (Doc. 72). Mr. Rane did not respond to the Cost Bill. Having reviewed the Cost Bill, the invoice for Williams and Associates Court Reporting Service, the attorneys' billing statements submitted by Reddy Ice's attorneys, and the affidavits by Reddy Ice's attorneys, the Court determines that Reddy Ice incurred $2,070.75 in reasonable attorneys'

fees and costs as a result of Mr. Rane's failure to provide discovery as ordered by the Magistrate Judge.

IT IS ORDERED that Mr. Rane must personally pay Reddy Ice $2,070.75 in reasonable attorneys' fees and costs no later January 15, 2016.

_____
UNITED STATES DISTRICT JUDGE